IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02492-PSF-BNB

JOANNE RACE,

Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Extend Briefing Scheduling** [docket no. 20, filed April 4, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and opening briefs are now due on or before **June 18, 2007**, and responses are due **July 18, 2007**.

DATED:  April 6, 2007